```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA

                    CHARLESTON
```

**STEPHEN B. MARSDEN,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 2:07-cv-00678**

**ARNETT & FOSTER, P.L.L.C.,**

    **Defendant.**

### JUDGMENT ORDER

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Order, it is hereby **ORDERED** that Defendant's motion for summary judgment (docket # 83) is **GRANTED**. Accordingly, the court **DIRECTS** the Clerk to enter judgment in favor of Defendant, to remove this case from the court's docket and to transmit this Judgment Order to Plaintiff and to counsel of record.

    ENTER: October 28, 2009

*Mary E. Stanley* (signature)
Mary E. Stanley
United States Magistrate Judge